IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KALYN STEPHENS, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | 1:14-CV-02659-TWT-JFK |
| SULLIVAN & CROMWELL LLP, et al., | |
| Defendants. | |

## NOTICE TO PRO SE PLAINTIFFS

Plaintiffs proceeding *pro se* (without an attorney) before the undersigned magistrate judge are **ADVISED** that they must comply with the Federal Rules of Civil Procedure, as well as the Local Rules of this Court and all guidelines issued by the undersigned. Plaintiffs are encouraged to familiarize themselves with the rules, as well as the laws applicable to the case.  To that end, the undersigned advises that *pro se* Plaintiffs may obtain certain basic materials and handouts from the Office of the Clerk of Court located on the 22nd Floor of the United States Courthouse, 75 Spring Street, SW, Atlanta, Georgia; from the web site for the U.S. District Court for the Northern District of Georgia (www.gand.uscourts.gov); and from the federal judiciary's web site (www.uscourts.gov/rules/).

Among other requirements under the rules, Plaintiff is responsible for service of Summons and Complaint upon each Defendant. In that regard, Plaintiff must have a Summons issued for each Defendant by the Clerk of Court; must serve the Summons and a copy of the Complaint on each Defendant within 120 days of the date of filing the Complaint by the manner and means set out in the rules; and, once service is completed, must promptly file an affidavit of such service with the Clerk of Court. See generally Rule 4, Fed. R. Civ. P.

A *pro se* Plaintiff is **REQUIRED** to provide the Clerk of Court with an original of all pleadings or other papers filed with the Court and is further **REQUIRED** to **SERVE** upon the Defendant(s) or counsel for Defendant(s)[1] by mail or by hand delivery under Rule 5 of the Federal Rules of Civil Procedure, a copy of every additional pleading or other paper described in Rule 5. Thus, if any pleading or other paper is filed with the Clerk of Court, a copy of the same pleading or paper must be served on each Defendant or, if Defendant has an attorney, on counsel.

---

[1]Once counsel for a defendant has appeared in the case, it is not necessary to serve a defendant individually; service on counsel is sufficient.

Each pleading or other paper described in Rule 5 filed with the Clerk of Court shall include a certificate stating the date on which an accurate copy of that pleading or document was mailed or hand-delivered to each Defendant or to counsel. This Court shall disregard any papers submitted which have not been properly filed with the Clerk or which do not include a certificate of service.

Plaintiffs are also **ADVISED** that, under Local Rule 7, "PLEADINGS ALLOWED; FORM OF MOTIONS," if the deadline for a response to a motion filed by the opposing party passes without a response being filed, the motion is deemed unopposed. See L.R. 7.1B, N.D. Ga. Furthermore, under Local Rule 56.1, which applies to motions for summary judgment and responses to motions for summary judgment, the failure by the party opposing summary judgment to object to or to deny the moving party's statement of material facts will be taken as an admission of those facts and will be used by the undersigned in ruling on the motion for summary judgment.

Plaintiffs are further **REQUIRED** to keep the Court and Clerk of Court advised of their current address at all times during the pendency of the lawsuit.

3

AO 72A
(Rev.8/82)

This 20th day of August, 2014.

_____
JANET F. KING
UNITED STATES MAGISTRATE JUDGE